**1569  DAVIS ET AL. vs. BOARD OF HEALTH** (Howell), No. 13433½.

To compel payment of a claim for use of premises as a hospital for smallpox patients, where it is alleged that the board took possession of the house without the owner's consent, and the board allowed the claim at $100, but it is insisted that the amount of the allowance is inadequate.

Order to show cause denied April 4, 1893.

**1570  ELLIOTT vs. BOARD OF SUPERVISORS** (Kalkaska), 58 M., 452.

**1571  PAQUETTE vs. BOARD OF SUPERVISORS** (Kalkaska), 58 M., 452.

**1572  TRENCHALL vs. BOARD OF SUPERVISORS** (Kalkaska), 58 M., 452.

To compel allowance of claims under How. Stat., Sec. 1647, for nursing patients and for articles destroyed because infected. Granted November 18, 1885.

**1573  SENATE HAPPY HOME CLUBS vs. BOARD OF SUPERVISORS** (Alpena), No. 13852½.

To compel the board to audit relators' bill for the cure of a person from the liquor habit, under Act No. 207, Laws of 1893.

Order to show cause denied Nov. 21, 1893, on the ground that the application should be made to the Circuit Court.

**1574  SENATE HAPPY HOME CLUBS vs. BOARD OF SUPERVISORS** (Alpena), No. 13906; 99 M., 117; 23 L. R. A., 144.   (Certiorari to Alpena.)

To compel respondent to audit relators' bill for the cure of a